IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.

GEORGIA POWELL
WHITE CITY, KS

CASE NO. 09-9767-M-01

INFORMATION

The United States Attorney charges that:

COUNT I

On or about September 5, 2009 at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, GEORGIA POWELL did intentionally and unreasonably cause, or permit, Donald Hester, a child under the age of 18 to be placed in a situation in which their life, body, or health may have been injured or endangered, in violation of Title 18, United States Code, Section 13, and K.S.A. 21-3608. (Child Endangerment) (Class A misdemeanor)

COUNT II

On or about September 5, 2009 at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, GEORGIA POWELL did intentionally and unreasonably cause, or permit, Ronnie Rowles, a child under the age of 18 to be placed in a situation in which their life, body, or health may have been injured or endangered, in violation of Title 18, United States Code, Section 13, and K.S.A. 21-3608. (Child Endangerment) (Class A misdemeanor)

COUNT III

On or about September 5, 2009 at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, GEORGIA POWELL did intentionally and unreasonably cause, or permit, Taylor Dwyer, a child under the age of 18 to be placed in a situation in which their life, body, or health may have been injured or endangered, in violation of Title 18, United States Code, Section 13, and K.S.A. 21-3608. (Child Endangerment) (Class A misdemeanor)

LANNY D. WELCH
United States Attorney

*(signed)* Lewis V. Kliem
LEWIS V. KLIEM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed 1/21/10    *(signed)* Karen M. Humphreys

HON KAREN M. HUMPHREYS
U.S. Magistrate Judge